UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEETMETAL & ASSOCIATES,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>    Defendant. | No.  2:19-cv-02154-TLN-EFB<br><br>**ORDER** |

Plaintiff Sheetmetal & Associates ("Plaintiff"), who is proceeding *pro se*, brings this civil action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 1, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 27.)  No objections to the findings and recommendations have been filed.

Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed September 1, 2020 (ECF No. 27), are adopted in full;

2. Defendant's Motion to Dismiss is GRANTED with leave to amend (ECF No. 6); and

3. Plaintiff's filings construed as a motion to amend (ECF Nos. 14–15) is DENIED. Plaintiff may file an amended complaint not later than thirty (30) days from the date of electronic filing of this Order.

IT IS SO ORDERED.

DATED: October 6, 2020

Troy L. Nunley
United States District Judge