UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEETMETAL & ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>Defendants. | Case No. 2:19-cv-02154-TLN-JDP (PS)<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>OBJECTIONS DUE WITHIN 14 DAYS<br><br>ECF NO. 6 |

Defendant moved to dismiss for failure to state a claim on which relief could be granted on November 5, 2019. ECF No. 6. On February 10, 2020, plaintiff moved for leave to file an amended complaint. ECF No. 14. On September 10, 2020, the court recommended that defendant's motion to dismiss be granted, that plaintiff's motion for leave to amend be denied, but that plaintiff be granted 30 days to file an amended complaint.[1] ECF No. 27 at 6. Plaintiff did not file any objections to these findings and recommendations. On October 7, 2020, the court adopted the findings and recommendations and granted plaintiff 30 days to file an amended complaint. ECF No. 29 at 1-2. More than thirty days have passed and plaintiff has not filed an amended complaint. Accordingly, I recommend that the court dismiss this case.

---

[1] Magistrate Judge Brennan submitted the findings and recommendations on these matters.

1

I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within 14 days of the service of the findings and recommendations, the parties may file written objections to the findings and recommendations with the court and serve a copy on all parties. That document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:   March 11, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2