UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SHEETMETAL & ASSOCIATES,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

Defendant.

No. 2:19-cv-02154-TLN-JDP

**ORDER**

Plaintiff Sheetmetal & Associates ("Plaintiff"), proceeding *pro se*, has filed this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 12, 2021, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within 14 days. (ECF No. 30.) No objections have been filed.

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed March 12, 2021 (ECF No. 30), are ADOPTED IN FULL;

2. This action is DISMISSED without prejudice for failure to prosecute and failure to comply with Court orders; and

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

DATED: May 3, 2021

Troy L. Nunley
United States District Judge